ANNIE CLARK, Appellant, *v.* THOMAS E. MURRAY, as Receiver of THE INTERBOROUGH RAPID TRANSIT COMPANY, Respondent.

Argued October 27, 1942; decided December 3, 1942.

*Adele I. Springer* for appellant.

*William C. Chanler, Corporation Counsel* (*Paxton Blair* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.